COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| AMO Enterprises, Inc., | § | No. 08-17-00002-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| Ramon Perez, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014DCV0855) |
|  | § |  |

## ORDER

Pending before the Court is a motion filed by Appellant, AMO Enterprises, Inc., to stay all proceedings in the trial court pending resolution of this interlocutory appeal. The motion to stay is GRANTED. Accordingly, the trial court is ordered to stay all proceedings, including the trial scheduled for April 4, 2017, in cause number 2014DCV0855, styled *Ramon Perez v. AMO Enterprises, Inc. and Superior Food Machinery, Inc.*, pending resolution of this appeal or further order of this Court. In order to expedite resolution of the appeal, the Court will impose limits on the briefing deadlines. *See* TEX.R.APP.P. 38.6(d). Appellant's brief is currently due on February 22, 2017. Appellant is advised that if the brief is not filed by the due date, any further extension of time granted by the Court will be limited to twenty days and will be final. *See* TEX.R.APP.P. 38.6(a). Likewise, Appellee will be limited to no more than two extensions of time in which to file his brief. *See* TEX.R.APP.P. 38.6(b).

IT IS SO ORDERED this 8th day of February, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.